UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 1:CR-06-0342 |
| v. | : | (Judge Caldwell) |
| WILLIAM HAINES | : | |
| | : | ELECTRONICALLY FILED |

### ORDER

AND NOW, this 7th day of May, 2007, upon consideration of the Government's Motion to Modify Schedule for Preparation of Pre-Sentence Reports, IT IS ORDERED that the motion is GRANTED, and the Pre-Sentence Report in this matter will be disclosed on or before June 29, 2007.

_____
United States District Judge

FILED
HARRISBURG PA

MAY 0 7 2007

MARY E. [illegible], CLERK
Per /s/ Ann
Deputy Clerk